IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSE QUINLAN, as Administratrix of the Estate of JAMES QUINLAN, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-485 |
| JOHN J. KANE REGIONAL CENTERS-GLEN HAZEL, | ) ) Judge Lancaster |
| | ) Magistrate Judge Hay |
| Defendant. | ) |

**ORDER**

AND NOW, this 3rd day of Dec, 2005, after the plaintiff, Rose Quinlan, as Administratrix of the Estate of James Quinlan, filed a Third Amended Complaint in the above-captioned case, and after a Motion to Dismiss Third Amended Complaint was filed by defendant, John J. Kane Regional Centers-Glen Hazel, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by defendant, and the response to those objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's Motion to Dismiss Third Amended Complaint [Docket No. 11] is DENIED.

GARY L. LANCASTER
United States District Judge

cc:  Honorable Amy Reynolds Hay
United States Magistrate Judge

Gregory G. Paul, Esquire
Robert F. Daley, Esquire
Peirce, Raimond & Coulter, P.C.
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA 15219

Donald H. Smith, Esquire
20 Stanwix Street
4th Floor
Pittsburgh, PA 15222