IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSE QUINLAN,<br>as Administratrix of the<br>Estate of JAMES QUINLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN J. KANE REGIONAL CENTERS-<br>GLEN HAZEL,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-485<br>)<br>)   Judge Lancaster<br>)   Magistrate Judge Hay<br>) |

ORDER

AND NOW, this 31st day of March, 2006, the parties having advised that this case has been settled and it appearing to the Court that no further action is contemplated by this Court at this time in the above captioned matter,

  IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case closed.

  Nothing contained in this Order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order has not been entered.

                     _____
                     GARY L. LANCASTER
                     United States District Judge

cc: Chad P. Shannon, Esquire
Gregory G. Paul, Esquire
Robert F. Daley, Esquire
Peirce Law Offices
707 Grant Street
2500 Gulf Tower
Pittsburgh, PA 15219

Donald H. Smith, Esquire
20 Stanwix Street
4th Floor
Pittsburgh, PA 15222