IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

ROSE QUINLAN, as Administratrix
of the Estate of JAMES QUINLAN,

        Plaintiff,                  Civil Action Number: 04-0485

      v.                               Judge Lancaster
                                        Magistrate Judge Hay

JOHN J. KANE REGIONAL CENTER-
GLEN HAZEL,

        Defendant.

## CONSENTED STIPULATION

The above captioned parties have settled the matter bearing a docket number of 04-0485.

As such the parties have consented to discontinue this matter before this Honorable Court.

PREPARED BY:                                CONSENTED BY:

PEIRCE, RAIMOND, & COULTER, P.C.       LAW OFFICES OF KEITH R. MASON

By: _____               By: _____
ROBERT F. DALEY, ESQUIRE              DONALD H. SMITH, ESQUIRE
Attorney for Plaintiff                            Attorney for Defendant

PA ID No.: 81992                                  PA ID No.: 41011
2500 Gulf Tower                                   20 Stanwix Street
707 Grant Street                                   Fourth Floor
Pittsburgh, PA 15219                       Pittsburgh, PA 15222
(412) 281-7229

                              SO ORDERED this 16 day of April, 2006.

                              _____
                              Hon. Gary L. Lancaster, U.S. District Judge